

| | | | |
|---|---|---|---|
| Com. v. Lentz [30] | 901 MDA 2015<br>Reversed | 10/21/2016 | CP–08–CR–0000463–2014<br>(Bradford) |
| In the Est. of: Winstanley | 13 MDA 2016<br>Affirmed | 10/21/2016 | 1202 of 2014<br>(Lancaster) |
| Com. v. Baker | 56 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/21/2016 | CP–01–CR–0000538–2014<br>(Adams) |
| King v. Harnish | 278 MDA 2016<br>Vacated and<br>Remanded | 10/21/2016 | CI–13–01858<br>(Lancaster) |
| Com. v. Henderson | 507 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/21/2016 | CP–31–CR–0000405–2015<br>CP–31–CR–0000407–2015<br>CP–31–CR–0000511–2015<br>CP–31–CR–0000535–2015<br>(Huntingdon) |
| Com. v. Henderson | 508 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/21/2016 | CP–31–CR–0000405–2015<br>CP–31–CR–0000407–2015<br>CP–31–CR–0000511–2015<br>CP–31–CR–0000535–2015<br>(Huntingdon) |
| Com. v. Henderson | 509 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/21/2016 | CP–31–CR–0000511–2015<br>(Huntingdon) |
| Com. v. Henderson | 510 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/21/2016 | CP–31–CR–0000407–2015<br>(Huntingdon) |
| G.J.G., Jr. v. D.E.V. | 594 MDA 2016<br>Remanded | 10/21/2016 | 2006 CV 2030 CU<br>(Dauphin) |
| In re Estate of Unglo; Appeal of Unglo | 891 WDA 2015<br>Affirmed | 10/21/2016 | 5313 of 2009<br>(Allegheny) |
| Com. v. Johnson | 1429 WDA 2015<br>Affirmed | 10/21/2016 | CP–02–CR–0011414–2009<br>(Allegheny) |
| Com. v. Taft | 254 WDA 2016<br>Affirmed | 10/21/2016 | CP–62–CR–0000019–2014<br>(Warren) |

**30.** Petition for reargument denied December 22, 2016.